United States District Court
Eastern District of Louisiana

Henderson Fund                           Civil Action

                                         **18-5041**

vs                                       Case No

                                         **SECT. B  MAG. 5**

Mike's Food Store                        Section


## Complaint

### Jurisdiction

Americans with Disabilities Act of 1990; 42/12181 and 42/12182

### Supplemental Jurisdiction

Louisiana Civil Rights For Person with Disabilities Act; R.S. 46/2253 and R.S. 46/2256(B)

### Parties

Plaintiff Henderson Fund

Defendant Mike's Food Store

TENDERED FOR FILING

MAY 17 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

__ Fee _lauper_
__ Process _____
X Dktd _____
__ CtRmDep _____
__ Doc. No. _____

# Complaint

(1) Plaintiff contend that on or about February 27, 2018, Plaintiff try to go in Mike's Food Store to buy something to drink.

(2) Plaintiff was denied access to the store because the store do not a handicapp ramp for person in a wheelchair.

(3) Plaintiff contend that he is handicap because his right leg is cut off (6) inches below his knee.

(4) On March 1, 2018, Plaintiff sent the Defendant a Notice of Action, explaining how the Defendant is violating American with Disabilities Act.

(5) Plaintiff contend that the Defendant never answer the Notice of Action.

(6) Plaintiff contends that the Defendant denied Plaintiff his enjoyment of life to go free in and out of places of public accommodation.

RELIEF

(7) The Defendant to pay all court cost

(8) Plaintiff request trial by Jury

(9) The Defendant to pay Plaintiff Twenty-Five Thousand Dollars ($25,000.00) for denying Plaintiff his enjoyment of life

(10) The Defendant to pay Plaintiff Twenty-Five Thousand Dollars ($25,000.00) for violating his civil rights under American with Disabilities Act

(11) The Defendant to pay Plaintiff Twenty-Five Thousand Five ($25,000.00) for violating his civil rights under Louisiana civil rights for person with Disabilities Act

(12) Plaintiff to be awarded cost

Thus done on this date of May 17, 2016

Respectfully submitted
Henderson Ford
Henderson Ford
2416 N. Dorgenois St Apt C
New Orleans LA 70117
(504) 900-8820