# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

The following cases were called on M**AY 1, 2019, before JUDGE IVAN L. R. LEMELLE, 500 Poydras Street, New Orleans, Louisiana,** for plaintiff/counsel for plaintiff to show cause why the defendants noted should not be dismissed for failure to prosecute.   **IT IS ORDERED** that said cases be disposed of as indicated below:


**18**-**5041**      **HENDERSON FORD VS. MIKE'S FOOD STORE**
JS10: 0:02      The complaint was filed on May 17, 2018
By Court Order (R. Doc. No. 14), the time for plaintiff to effect service of the summons and complaint on the defendant was extended for 30 days (until January 22, 2019).
No return of service or responsive pleading has been filed as to Mike's Food Store.
**CASE CALLED:   No appearance by the pro se plaintiff – ORDERED that this case is DISMISSED without prejudice for plaintiff's failure to prosecute.**


**18**-**5690**      **HENDERSON FORD VS. FLORA COFFEE SHOP AND GALLERY**
JS10: 0:02      The complaint was filed on June 6, 2018
By Court Order (R. Doc. No. 7), the time for plaintiff to effect service of the summons and complaint was extended to December 10, 2018.
No return of service or responsive pleading has been filed as to Flora Coffee Shop and Gallery.
**CASE CALLED:   No appearance by the pro se plaintiff – ORDERED that this case is DISMISSED without prejudice for plaintiff's failure to prosecute.**


**18**-**5977**      **YVETTE JONES VS. REBEKAH GEE, ETC., ET AL**
The complaint was filed on June 15, 2018
No return of service or responsive pleading has been filed as to Metropolitan Human Services District.
**CASE NOT CALLED:   Return of Service of Summons filed – Answer due 5/14/2019.**


**18**-**6388**      **TRICON STEAMSHIP AGENCY, INC. VS. USTORE, INC.**
**c/w**       The Third-Party Complaint was filed on October 17, 2018.
**18**-**8823**      No return of service or responsive pleading has been filed as to Third Party Defendant Carter Resources, LLC.
***Pertains to 18-6388***
**CASE NOT CALLED – Motion for Entry of Default filed as to Carter Resources, LLC.**

**18-9421**    **JENNIFER E. KNIGHT, ET AL VS. HUNTINGTON INGALLS INCORPORATED, ETC., ET AL**

A Notice of Removal/Petition was filed on October 10, 2018.

No returns of service or responsive pleadings have been filed as to defendants 3M Company, Advance Auto Parts, Inc., Anco Insulations, Inc., BASF Catalysts, LLC, BWDAC, Inc., Dow Chemical Company, Fairbanks Morse Pump Corporation, Foster Wheeler Energy Corporation, Georgia-Pacific LLC, IMO Industries, Inc., Special Electric Company, Inc., Standard Motor Products, Inc., TACO, Inc., Union Carbide Corporation, Volkswagen Group of America, Inc., Warren Pumps, LLC, Pellerin Milnor Corporation, OneBeacon America Insurance Company, Pep Boys – Manny, Moe & Jack, Inc., J. D. Roberts and Claims Resolution Management Corporation.

A Notice of Removal/Petition of Intervention was filed on October 10, 2018.

No returns of service or responsive pleadings have been filed as to Advance Auto Parts, Inc., Carquest Auto Parts, Armstrong Pumps, Inc., AutoZone, Inc., BASF Catalysts, LLC, Borg Warner Morse TEC LLC, BDAC, Inc., CBS Corporation, Certain-Teed Corporation, CP Chem Company LLC, Crane Carrier Co., Flowserve Corporation, General Electric Company, Gould Electronics, Inc., Honeywell International, Inc., Ingersoll-Rand Company, International Paper Company, J. D. Roberts, John Crane, Inc., Lincoln Electric Company, Metropolitan Life Insurance Co., Mueller Co. LLC, Lamorak Insurance Company, Pneumo Abex Corporation, Rockwell Automation, Inc., Special Electric Company, Inc., Taylor-Seidenbach, Inc., Texaco, Inc., Trane US, Inc. Travelers Indemnity Company, Certain Underwriters Lloyd's London, Union Carbide Corporation, Uniroyal Inc., Dow Chemical Company and Eagle, Inc.

**CASE CALLED:   ORDER ISSUED.**

**18-10096**    **eHEALTHCARE SOLUTIONS, L.L.C., ETC. VS. e-HEALTHCARE SOLUTIONS, INC., ET AL**

JS10: 0:02    The Complaint was filed on October 29, 2018.

No returns of service or responsive pleadings have been filed as to eHealthcare Solutions, Inc. and e-Healthcare Solutions, LLC.

**CASE CALLED:   Appearance by Michael Carbo on behalf of the plaintiff.   For reasons stated in open court, the matter is PASSED FOR 45 DAYS to allow plaintiff time to serve defendants eHealthcare Solutions, Inc. and e-Healthcare Solutions, LLC.**

**18-11613**    **ANTOINE WARREN, ET AL VS. PETER MALLORY, ET AL**

The Complaint was filed on November 27, 2018.

No return of service or responsive pleading has been filed as to Peter Mallory and Wooden Products Transportation, Inc.

**CASE NOT CALLED:   PASSED FOR 30 DAYS to allow plaintiff time to serve defendants Peter Mallory and Wooden Products Transportation, Inc. at a different address.**

**18-14070    SHEIKA    SQUARE    VS.    TARGET    CORPORATION    OF MINNESOTA, ET AL**

JS10: 0:02    A Notice of Removal was filed on December 20, 2018.

No return of service or responsive pleading has been filed as to Dean Warren.

**CASE CALLED:   Appearances by Gerald Hampton on behalf of the plaintiff and David Curlin on behalf of Target Corporation. Plaintiff's oral motion to dismiss Dean Warren with prejudice – GRANTED.**


**19-0268    MARLON    J.    GREEN    VS.    JOHN    BEL-EDWARDS ADMINISTRATION, ET AL**

JS10: 0:02    A Complaint was filed on January 14, 2019 and an Amended Complaint was filed on January 15, 2019.

No returns of service or responsive pleadings have been filed as to John Bel-Edwards Administration, VAMC Police, VAMC Billing Bonham, Office of Motor Vehicle Louisiana, First Court New Orleans, Civil Court New Orleans, Office of Homeland Security, Black Congressional Caucus, Robert Mueller, III, NOPD, Michael Harris, Louisiana Democratic Caucus, Bel-Edwards-Israel Economic Policies against Tulane University, Rhonda Griffin, Lexus Nexus Atlanta, VAMC Police New Orleans, VAMC Police Dallas, New Orleans Police Monitor Office, Lori Graham, Brian Barber, VetCompanden Advocates, Valor Law Firm Appeals, Patient Advocates Foundation, Joe Holland, Texas Black Institute, Filippo Masciarelli, Dept. of Motor Vehicles Texas, Governor's Office of Homeland Security and Emergency Preparedness Louisiana, VA Regional Office New Orleans and VA Regional Office Waco Texas.

**CASE CALLED:   No appearance by the pro se plaintiff – ORDERED that this case is DISMISSED without prejudice for plaintiff's failure to prosecute.**

New Orleans, Louisiana, the 1st day of May 2019.

_____

SENIOR UNITED STATES DISTRICT JUDGE